# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---:|
| Akorn Operating Company, LLC | Benchmark Products LLC | 11/30/2022 | Wire | $ 26,344.73 |
| Akorn Operating Company, LLC | Benchmark Products LLC | 12/9/2022 | Wire | $ 9,089.20 |
| Akorn Operating Company, LLC | Benchmark Products LLC | 1/6/2023 | Wire | $ 34,709.20 |
| Akorn Operating Company, LLC | Benchmark Products LLC | 1/27/2023 | Wire | $ 257,462.70 |
| Akorn Operating Company, LLC | Benchmark Products LLC | 2/8/2023 | Wire | $ 981.99 |
| Akorn Operating Company, LLC | Benchmark Products LLC | 2/14/2023 | Wire | $ 6,657.20 |
| | | | | $ 335,245.02 |